IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
CLERK'S OFFICE
JAN 29 2026
US DISTRICT COURT
SAN JUAN, PR

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br><br>v.<br><br>**[1] CHRISTIAN GARCIA DE JESUS (Counts One and Two),**<br>**[2] JENSEN VAZQUEZ-SANTIAGO (Count Three),**<br><br>Defendant, | **INDICTMENT**<br><br>**Case No. 26-**30(PAD)<br><br>VIOLATIONS:<br><br>18 U.S.C. § 371<br>18 U.S.C. § 922 (a)(1)(A)<br>18 U.S.C. § 922(g)(1)<br><br>(THREE COUNTS) |

THE GRAND JURY CHARGES:

**COUNT ONE**

Conspiracy to Engage in Firearms Trafficking Without a License
(18 U.S.C. §§ 371 and 922(a)(1)(A))

Beginning on a date unknown, but not earlier than January of 2025 continuing until on or about January 15, 2026, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] CHRISTIAN GARCIA DE JESUS**,

the defendant herein, and others known and unknown, knowingly and willfully conspired and agreed together and with each other to engage in the business of dealing firearms without a license, in violation of 18 U.S.C. § 922(a)(1)(A).

**COUNT TWO**
Engaging in the Business of Dealing Firearms Without a License
(18 U.S.C. § 922(a)(1)(A))

Beginning on a date unknown, but not earlier than January of 2025 continuing until on or about January 15, 2026, in the District of Puerto Rico and within the jurisdiction of this Court,

**[1] CHRISTIAN GARCIA DE JESUS**,

the defendant herein, not being a licensed dealer, importer, or manufacturer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, in violation of 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT THREE**
Possession of a Firearm and Ammunition by a Convicted Felon
(18 U.S.C. § 922(g)(1))

On or about January 15, 2026, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**[2] JENSEN VAZQUEZ-SANTIAGO**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate and foreign commerce, a firearm and ammunition, that is one Glock pistol Model 45 9x19 (bearing serial number API0854) and 47 rounds of.40 caliber ammunition, all in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## FIREARMS AND AMMUNITION FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Upon conviction of the offenses set forth in Count One, Two and Three of this Indictment, the defendants, **CHRISTIAN GARCIA DE JESUS** and **JENSEN VAZQUEZ-SANTIAGO**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved or used in the commission of the offense including but not limited to: one Glock pistol Model 45 9x19 (bearing serial number API0854) magazines, and 47 rounds of.40 caliber ammunition .

W. Stephen Muldrow
United States Attorney

TRUE BILL

[redacted]

FOREPERSON [redacted]
Date: 29-I-2026

Timothy Henwood
Assistant United States Attorney
Chief, Criminal Division

Corinne Cordero-Romo
Assistant United States Attorney